Filed 05/24/12 Case 12-14715 Doc 3

2012-14715
FILED
May 24, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004252605

ABRAMS DAVIS & KELLER INC
1201 SUSSEX TURNPIKE SUITE 102
RANDOLPH NJ 07869


AES/SLMA
1200 N 7TH ST
HARRISBURG, PA 17102


AMERICAN ARBITRATION ASSOCIATION
6795 N PALM AVE 2ND FLOOR
FRESNO CA 93704


AMERITECH
2205 N FRESNO ST SUITE A
FRESNO CA 93703


AMEX
PO BOX 297871
FORT LAUDERDALE, FL 33329


ANNA BELLE HINOJOSA
1034 E MILDREDA AVE
FRESNO CA 93701


BANK OF AMERICA
275 S VALENCIA
BREA, CA 92822


BANK OF AMERICA
5292 N PALM AVE
FRESNO CA 93704


BANK OF AMERICA
PO BOX 1598
NORFOLK, VA 23501


BARCLAYS BANK DELAWARE
125 S WEST ST
WILMINGTON, DE 19801

```
BAY AREA CREDIT SERVICE LLC
1901 W 10TH ST
ANTIOCH CA 94509


BEEBE & CO. INC
2125 KERN ST SUITE 206
FRESNO CA 93721


BLOSSER ROBINSON
4674 N VAN NESS BLVD
FRESNO CA 93704


BLOSSER ROBINSON
4674 N VAN NESS BLVD
FRESNO CA 93704


CALIFORNIA EDD
BANKRUPTCY
SPECIAL PROCEDURES GROUP
PO BOX 826880 MIC 92E
SACRAMENTO CA 94280-0001


CAP ONE
PO BOX 85520
RICHMOND, VA 23285


CAVALRY PORTFOLIO SERV
7 SKYLINE DR STE 3
HAWTHORNE, NY 10532


CB STOCKTON
217 N. SAN JOAQUIN
STOCKTON, CA 95201


CENTRAL VALLEY CLASSIFIEDS
3825 N BLACKSTONE AVE SUITE A
FRESNO CA 93726


CHASE
PO BOX 15298
WILMINGTON, DE 19850
```

```
CHEX SYSTEMS
7805 HUDSON ROAD SUITE 100
WOODBURY MN 55125


CNA
PO BOX 8317
CHICAGO IL 60680-8317


COAST 2 COAST FINANCIA
101 HODENCAMP RD STE 120
THOUSAND OAKS, CA 91360


COUNTY OF FRESNO
PO BOX 226
FRESNO CA 93708-0226


DAVID WEILAND
DOWLING AARON & KEELER
8080 N PALM AVE THIRD FLOOR
FRESNO CA 93711


Diane Whittaker
769 Burgan Ave.
Clovis, CA 93611


DSRM NT BK
7201 CANYON DR
AMARILLO, TX 79110


EDUCATIONAL EMP CU
2222 W SHAW AVE
FRESNO, CA 93711


ELANNA GROSSMAN
7643 E DESERT OVERLOOK DR
TUCSON AZ 85710


ERICA DERR
c/o ROGER VEHRS
2300 TULARE ST SUITE 250
FRESNO CA 93721
```

ESQUIRE DEPOSITION SOLUTIONS
PO BOX 79509
CITY OF INDUSTRY CA 91716-9509


EULER HERMES UMA
600 SOUTH 7TH ST
LOUISVILLE KY 40201-1652


FIRST PREMIER BANK
601 S MINNESOTA AVE
SIOUX FALLS, SD 57104


FLAT RATE ANSWERING SERVICE
1111 MARCUS AVE LL25
LAKE SUCCESS NY 11042


FORD CRED
PO BOX BOX 542000
OMAHA, NE 68154


FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A-340
PO BOX 2952
SACRAMENTO CA 95812-2952


FRANKLIN COLLECTION SV
2978 W JACKSON ST
TUPELO, MS 38801


GARY GROSSMAN PHD
645 E CHAMPLAIN NO. 114
FRESNO CA 93730


GECRB/JCP
PO BOX 984100
EL PASO, TX 79998


GRANT MERCANTILE AGE
49099 ROAD 426
OAKHURST, CA 93644

```
HSBC BANK
PO BOX 5253
CAROL STREAM, IL 60197


HSBC NV
PO BOX 5253
CAROL STREAM, IL 60197


HUMBOLDT CNTY/CHILD SU
PO BOX 128
EUREKA, CA 95502


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346


KIM THAYER & ASSOCIATES
225 W SHAW AVE SUITE 101
FRESNO CA 93704


LAMAR ADVERTISING
c/o STEVEN HRDLICKA & ASSOC
1221 VAN NESS AVE 2ND FLOOR
FRESNO CA 93721



MICHAEL H MEYER ESQ
7550 N PALM AVE SUITE 204
FRESNO CA 93711


MIDLAND CREDIT MGMT IN
8875 AERO DR
SAN DIEGO, CA 92123


PORTFOLIO RECVRY&AFFIL
120 CORPORATE BLVD STE 1
NORFOLK, VA 23502


PRO CONSULTING SERVICES
PO BOX 66510
HOUSTON TX 77266-6510
```

```
PROFESSIONAL RECOVERY SERVICES INC
PO BOX 1880
VOORHEES NJ 08043


SATTERBERG TAX CONSULTANTS
191 W SHAW AVE SUITE 105
FRESNO CA 93704


SST/COLUMBUS BANK&TRUS
PO BOX 3997
SAINT JOSEPH, MO 64503


STATE FARM INSURANCE
PO BOX 2746
JACKSONVILLE FL 32232-2746


STELLAR REC
1845 US HIGHWAY 935
KALISPELL MT 59901



TULARE COUNTY D A
8040 W DOE AVE
VISALIA, CA 93291


TULARE FSD
2530 S MOONEY BV
VISALIA, CA 93277-6200


US DEPT OF EDUCATION
PO BOX 5609
GREENVILLE, TX 75403


WANT ADS OF VISALIA INC
1516 W MINERAL KING
VISALIA CA 93291


WFDS/WDS
PO BOX 1697
WINTERVILLE, NC 28590
```

```
XLS/SLMA
1500 W 3RD ST STE 125
CLEVELAND, OH 44113
```

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

In re  **Randy Risner**,
    Debtor

Case No. _____

Chapter  **7**

## VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 7 pages, is true, correct and complete to the best of my knowledge.

Date  **May 23, 2012**          Signature of Debtor  **/s/ Randy Risner**
                                                    **RANDY RISNER**

Randy Risner
Pro Se

```
ABRAMS DAVIS & KELLER INC
1201 SUSSEX TURNPIKE SUITE 102
RANDOLPH NJ 07869

AES/SLMA
1200 N 7TH ST
HARRISBURG, PA 17102

AMERICAN ARBITRATION ASSOCIATION
6795 N PALM AVE 2ND FLOOR
FRESNO CA 93704

AMERITECH
2205 N FRESNO ST SUITE A
FRESNO CA 93703

AMEX
PO BOX 297871
FORT LAUDERDALE, FL 33329

ANNA BELLE HINOJOSA
1034 E MILDREDA AVE
FRESNO CA 93701

BANK OF AMERICA
275 S VALENCIA
BREA, CA 92822

BANK OF AMERICA
5292 N PALM AVE
FRESNO CA 93704

BANK OF AMERICA
PO BOX 1598
NORFOLK, VA 23501

BARCLAYS BANK DELAWARE
125 S WEST ST
WILMINGTON, DE 19801

BAY AREA CREDIT SERVICE LLC
1901 W 10TH ST
ANTIOCH CA 94509

BEEBE & CO. INC
2125 KERN ST SUITE 206
FRESNO CA 93721

BLOSSER ROBINSON
4674 N VAN NESS BLVD
FRESNO CA 93704

BLOSSER ROBINSON
4674 N VAN NESS BLVD
FRESNO CA 93704
```

```
CALIFORNIA EDD
BANKRUPTCY SPECIAL PROCE GROUP
PO BOX 826880 MIC 92E
SACRAMENTO CA 94280-0001

CAP ONE
PO BOX 85520
RICHMOND, VA 23285

CAVALRY PORTFOLIO SERV
7 SKYLINE DR STE 3
HAWTHORNE, NY 10532

CB STOCKTON
217 N. SAN JOAQUIN
STOCKTON, CA 95201

CENTRAL VALLEY CLASSIFIEDS
3825 N BLACKSTONE AVE SUITE A
FRESNO CA 93726

CHASE
PO BOX 15298
WILMINGTON, DE 19850

CHEX SYSTEMS
7805 HUDSON ROAD SUITE 100
WOODBURY MN 55125

CNA
PO BOX 8317
CHICAGO IL 60680-8317

COAST 2 COAST FINANCIA
101 HODENCAMP RD STE 120
THOUSAND OAKS, CA 91360

COUNTY OF FRESNO
PO BOX 226
FRESNO CA 93708-0226

DAVID WEILAND
DOWLING AARON & KEELER
8080 N PALM AVE THIRD FLOOR
FRESNO CA 93711

Diane Whittaker
769 Burgan Ave.
Clovis, CA 93611

DSRM NT BK
7201 CANYON DR
AMARILLO, TX 79110
```

```
EDUCATIONAL EMP CU
2222 W SHAW AVE
FRESNO, CA 93711

ELANNA GROSSMAN
7643 E DESERT OVERLOOK DR
TUCSON AZ 85710

ERICA DERR
c/o ROGER VEHRS
2300 TULARE ST SUITE 250
FRESNO CA 93721

ESQUIRE DEPOSITION SOLUTIONS
PO BOX 79509
CITY OF INDUSTRY CA 91716-9509

EULER HERMES UMA
600 SOUTH 7TH ST
LOUISVILLE KY 40201-1652

FIRST PREMIER BANK
601 S MINNESOTA AVE
SIOUX FALLS, SD 57104

FLAT RATE ANSWERING SERVICE
1111 MARCUS AVE LL25
LAKE SUCCESS NY 11042

FORD CRED
PO BOX BOX 542000
OMAHA, NE 68154

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A-340
PO BOX 2952
SACRAMENTO CA 95812-2952

FRANKLIN COLLECTION SV
2978 W JACKSON ST
TUPELO, MS 38801

GARY GROSSMAN PHD
645 E CHAMPLAIN NO. 114
FRESNO CA 93730

GECRB/JCP
PO BOX 984100
EL PASO, TX 79998

GRANT MERCANTILE AGE
49099 ROAD 426
OAKHURST, CA 93644
```

```
HSBC BANK
PO BOX 5253
CAROL STREAM, IL 60197

HSBC NV
PO BOX 5253
CAROL STREAM, IL 60197

HUMBOLDT CNTY/CHILD SU
PO BOX 128
EUREKA, CA 95502

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

KIM THAYER & ASSOCIATES
225 W SHAW AVE SUITE 101
FRESNO CA 93704

LAMAR ADVERTISING
c/o STEVEN HRDLICKA & ASSOC
1221 VAN NESS AVE 2ND FLOOR
FRESNO CA 93721

MICHAEL H MEYER ESQ
7550 N PALM AVE SUITE 204
FRESNO CA 93711

MIDLAND CREDIT MGMT IN
8875 AERO DR
SAN DIEGO, CA 92123

PORTFOLIO RECVRY&AFFIL
120 CORPORATE BLVD STE 1
NORFOLK, VA 23502

PRO CONSULTING SERVICES
PO BOX 66510
HOUSTON TX 77266-6510

PROFESSIONAL RECOVERY SERVICES INC
PO BOX 1880
VOORHEES NJ 08043

SATTERBERG TAX CONSULTANTS
191 W SHAW AVE SUITE 105
FRESNO CA 93704

SST/COLUMBUS BANK&TRUS
PO BOX 3997
SAINT JOSEPH, MO 64503

STATE FARM INSURANCE
PO BOX 2746
JACKSONVILLE FL 32232-2746
```

```
STELLAR REC
1845 US HIGHWAY 935
KALISPELL MT 59901

TULARE COUNTY D A
8040 W DOE AVE
VISALIA, CA 93291

TULARE FSD
2530 S MOONEY BV
VISALIA, CA 93277-6200

US DEPT OF EDUCATION
PO BOX 5609
GREENVILLE, TX 75403

WANT ADS OF VISALIA INC
1516 W MINERAL KING
VISALIA CA 93291

WFDS/WDS
PO BOX 1697
WINTERVILLE, NC 28590

XLS/SLMA
1500 W 3RD ST STE 125
CLEVELAND, OH 44113
```