


ACCLAIM CREDIT TECH
PO BOX 3028
VISALIA CA 93278


ALENA MAY REYES
2647 JACKSON
SELMA CA 93662


BILLY LOVEWELL
NICOLE LOVEWELL
PO BOX 336
DUNLAP CA 93621


BLOSSER ROBINSON
4674 N VAN NESS BLVD
FRESNO CA 93704


BRIAN WILLIAMS
821 E COURTLAND
FRESNO CA 93704


BRYANT & ASSOCIATES
462 W HAGLER
FRESNO CA 93711


CHARLES H SOLEY ESQ
PO BOX 5989
FRESNO CA 93755


CIN LEGAL DATA SERVICES
BOX 88588
MILWAUKEE WI 53288-0588


COVITA INC
2219 E MAGILL AVE
FRESNO CA 93710


DEBBIE MONTEZ
ERNEST MONTEZ
404 E FEDORA AVE
FRESNO CA 93704



```
GARY QUICKSALL
945 N THORNE AVE
FRESNO CA 93728


GLENN GATES ESQ
PASCUZZI MOORE & STOKER
2377 W SHAW AVE SUITE 201
FRESNO CA 93711


GREENBERG GRANT
& RICHARDS INC
5858 WESTHEIMER RD SUITE 500
HOUSTON TX 77057


GUBLER KOCH DEGN & GOMEZ
1110 N CHINOWTH ST
VISALIA CA 93291


JUAN LIN
2405 TOLLHOUSE RD
CLOVIS CA 93611


KELEHER'S
3400 UNICORN RD SUITE 101
BAKERSFIELD CA 93308


LARRY TORRES
PO BOX 956
MENDOTA CA 93640


LAURA WHITE
2798 MERLOT AVE
MADERA CA 93637


MELINDA STANDLEE
6800 N MAPLE AVE #122
FRESNO CA 93710


MOSS & BARNETT
4800 WELLS FARGO CENTER
90 S SEVENTH ST
MINNEAPOLIS MN 55402
```



```
NCO FINANCIAL SYSTEMS INC
507 PRUDENTIAL RD
HORSHAM PA 19044


RSI ENTERPRISES INC
PO BOX 16190
PHOENIX AZ 85011


SALVADOR DOMINGUEZ
5278 W CROMWELL
FRESNO CA 93722


SANTIAGO SANCHEZ
MARIA MUNGUIA
20349 DEL MAR
MADERA CA 93638


SENERU SURIN
2253 SIERRA MADRE
CLOVIS CA 93611


SUKHDEV SINGH
3563 N SARATOGA
FRESNO CA 93722


THE FRESNO BEE
1626 E ST
FRESNO CA 93789


VENECIA HARRIS RAMIREZ
2517 S DEARING AVE
FRESNO CA 93725


WEST PUBISHING
PO BOX 6292
CAROL STREAM IL 60197


WILD BLUE INTERNET
349 INVERNESS DR SOUTH
ENGLEWOOD CO 80112
```



```
[ RONIN]
2491 ALLUVIAL
CLOVIS CA 93611
```



# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

In re  Randy Risner ,
           Debtor

Case No.  2012-14715

Chapter  7

## VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 4 pages, is true, correct and complete to the best of my knowledge.

Date  June 9, 2012          Signature of Debtor  /s/ Randy Risner
                                                  RANDY RISNER

Randy Risner
Law Office of Randy Risner
1100 W. Shaw Ave.,
Suite 140
Fresno, CA 93711
559-274-9370
559-274-9371

```
ACCLAIM CREDIT TECH
PO BOX 3028
VISALIA CA 93278

ALENA MAY REYES
2647 JACKSON
SELMA CA 93662

BILLY LOVEWELL
NICOLE LOVEWELL
PO BOX 336
DUNLAP CA 93621

BLOSSER ROBINSON
4674 N VAN NESS BLVD
FRESNO CA 93704

BRIAN WILLIAMS
821 E COURTLAND
FRESNO CA 93704

BRYANT & ASSOCIATES
462 W HAGLER
FRESNO CA 93711

CHARLES H SOLEY ESQ
PO BOX 5989
FRESNO CA 93755

CIN LEGAL DATA SERVICES
BOX 88588
MILWAUKEE WI 53288-0588

COVITA INC
2219 E MAGILL AVE
FRESNO CA 93710

DEBBIE MONTEZ
ERNEST MONTEZ
404 E FEDORA AVE
FRESNO CA 93704

GARY QUICKSALL
945 N THORNE AVE
FRESNO CA 93728

GLENN GATES ESQ
PASCUZZI MOORE & STOKER
2377 W SHAW AVE SUITE 201
FRESNO CA 93711

GREENBERG GRANT
& RICHARDS INC
5858 WESTHEIMER RD SUITE 500
HOUSTON TX 77057
```

```
GUBLER KOCH DEGN & GOMEZ
1110 N CHINOWTH ST
VISALIA CA 93291

JUAN LIN
2405 TOLLHOUSE RD
CLOVIS CA 93611

KELEHER'S
3400 UNICORN RD SUITE 101
BAKERSFIELD CA 93308

LARRY TORRES
PO BOX 956
MENDOTA CA 93640

LAURA WHITE
2798 MERLOT AVE
MADERA CA 93637

MELINDA STANDLEE
6800 N MAPLE AVE #122
FRESNO CA 93710

MOSS & BARNETT
4800 WELLS FARGO CENTER
90 S SEVENTH ST
MINNEAPOLIS MN 55402

NCO FINANCIAL SYSTEMS INC
507 PRUDENTIAL RD
HORSHAM PA 19044

RSI ENTERPRISES INC
PO BOX 16190
PHOENIX AZ 85011

SALVADOR DOMINGUEZ
5278 W CROMWELL
FRESNO CA 93722

SANTIAGO SANCHEZ
MARIA MUNGUIA
20349 DEL MAR
MADERA CA 93638

SENERU SURIN
2253 SIERRA MADRE
CLOVIS CA 93611

SUKHDEV SINGH
3563 N SARATOGA
FRESNO CA 93722
```

```
THE FRESNO BEE
1626 E ST
FRESNO CA 93789

VENECIA HARRIS RAMIREZ
2517 S DEARING AVE
FRESNO CA 93725

WEST PUBISHING
PO BOX 6292
CAROL STREAM IL 60197

WILD BLUE INTERNET
349 INVERNESS DR SOUTH
ENGLEWOOD CO 80112

[RONIN]
2491 ALLUVIAL
CLOVIS CA 93611
```