**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

FILED
June 09, 2012 10
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004280283

In re   RANDY RISNER                                   )
                                                       )
                                                       )          Case No.   2012-14715
                                                       )
_____ Debtor(s).  _____  )          **AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are attached hereto:

- [ ] Petition                                         [ ] Statement of Financial Affairs
- [ ] Creditor Matrix                                  [ ] Statement of Intention
- [ ] List of 20 Largest Unsecured Creditors           [ ] List of Equity Security Holders
- [x] Schedules (check appropriate boxes). *See Instruction #4 below.*
  - [ ] A  [ ] B  [ ] C  [ ] D  [ ] E  [x] F  [ ] G  [ ] H  [ ] I  [ ] J
- [x] Summary of Schedules (includes Statistical Summary of Certain Liabilities and Related Data)
  ***REQUIRED IF AMENDING SCHEDULE(S) A, B, D, E, F, I, OR J.***

Purpose of amendment (check one):

- [x] To add pre-petition creditors, delete creditors, change amounts owed or classification of debt (**$26.00 fee required**, provided the judge may, for good cause, waive the charge in any case.)  NOTE: Lists, schedules and statements that add or change creditors <u>must</u> be accompanied by an amended matrix listing only the creditors added or changed.

- [ ] No pre-petition creditors were added, creditors deleted, or amounts owed or classifications of debt changed.

---

### NOTICE OF AMENDMENT TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) checked above has been given this date to the Trustee in this case, and to any and all entities affected by the amendment, together with a copy of the notice of meeting of creditors, the discharge (if one has been entered), a subsequent notice to file claims (if one has been issued), and any other document affecting the rights of the added creditors. (**NOTE:** Proof of service, indicating that service has been made, must be filed with the Court.)

Dated:  06/09/12        Attorney's [or *Pro Se* Debtor's] Signature:   /s/ Randy Risner _____
                                          Printed  Name:   Randy Risner _____
                                          Mailing Address :  20268 Brightwood Rd. _____
                                                             Madera, CA 93638 _____

---

### DECLARATION BY DEBTOR

I(We), the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment(s) attached hereto, consisting of 20 pages, is true and correct to the best of my(our) information and belief.

Dated:  06/09/12                                    Dated:

 /s/ Randy Risner _____               _____
Debtor's Signature                                  Joint Debtor's Signature

---

### INSTRUCTIONS

1. Use this cover sheet ONLY when filing amended petitions, lists, schedules and statements.  ***Do not use an amendment cover sheet when submitting amended plans or amendments to plans.***
2. Include the word "Amended" in the title of each amended document.
3. Amendments to property schedules (A and B), creditor schedules (D, E, and F), or income/expenses schedules (I and J) must be accompanied by an amended Summary of Schedules.  Updates to the schedule totals will not be made unless the summary is filed.
4. Amendments to add creditors or change their names/addresses must consist of the amended schedule(s) with a notation to the right of the creditor entry of "A" if the creditor is being added or "C" if it is being changed.  **Failure to include "A" and "C" notations on amended schedules may result in duplicate or multiple listings on master mailing lists.**
5. Amendments which add or change creditors must be accompanied by a separately filed amended matrix containing ONLY the additions/changes so that the creditors may be downloaded into the case.  The matrix must not contain the "A" or "C" notations.
6. When e-Filing an amended matrix, you must submit two separate files: a PDF file containing the amendment cover sheet for the matrix, and a <u>text</u> file containing the creditors in the standard master address list format. These two files <u>must</u> be uploaded together.
7. Federal Rule of Bankruptcy Procedure 1009 requires the debtor to give notice of an amendment to the trustee and to any entity affected thereby.  **Notice of the amendment WILL NOT be given by the Clerk's Office.** To comply with this requirement, the debtor's attorney or *Pro Se* debtor must give notice to the trustee and any entity affected by the amendment by serving all previous court notices including, but not limited to, the notice of meeting of creditors, discharge of debtor, etc.  A proof of service, indicating that service has been made, must be filed with the court.
8. Checks and money orders should be payable to "Clerk, U.S. Bankruptcy Court." **(NOTE: No personal checks will be accepted.)**



B6F (Official Form 6F) (12/07)

In re ___Randy Risner_____ ,     Case No. ___2012-14715_____
        **Debtor**                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 69685<br><br>ABRAMS DAVIS & KELLER INC<br>1201 SUSSEX TURNPIKE SUITE 102<br>RANDOLPH NJ 07869 | | | Incurred: UNKNOWN<br>Consideration: Legal books<br>Business debt, James Publishing | | | | 94.93 |
| ACCOUNT NO. 6814<br><br>ACCLAIM CREDIT TECH    "A"<br>PO BOX 3028<br>VISALIA CA 93278 | | | Incurred: 12/11<br>Consideration: Collection account<br>American Classifieds<br>Business | | | | 776.76 |
| ACCOUNT NO. 4804023004PA00001<br><br>AES/SLMA<br>1200 N 7TH ST<br>HARRISBURG, PA 17102 | | | Incurred: 12/05<br>Consideration: Student loans | | | | 201,631.00 |
| ACCOUNT NO.<br><br>ALENA MAY REYES    "A"<br>2647 JACKSON<br>SELMA CA 93662 | | | Consideration: Potential fee refund<br>Business | | | | 400.00 |

___17___ continuation sheets attached

Subtotal ► $     202,902.69

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.5-769 -32643-301X-06310 - PDF-XChange 2.5 DE

**B6F (Official Form 6F) (12/07) - Cont.**

*Amended*

In re  Randy Risner_____,    Case No. ___2012-14715_____
            **Debtor**                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0802<br><br>AMERICAN ARBITRATION ASSOCIATION<br>6795 N PALM AVE 2ND FLOOR<br>FRESNO CA 93704 | | | Incurred: 06/11<br>Consideration: Arbitration services<br>Business debt | | | | 4,585.74 |
| ACCOUNT NO.<br><br>AMERITECH<br>2205 N FRESNO ST SUITE A<br>FRESNO CA 93703 | | | Incurred: UNKNOWN<br>Consideration: Copy machine<br>Business debt | | | | 4,500.00 |
| ACCOUNT NO. 035218961010329623<br><br>AMEX<br>PO BOX 297871<br>FORT LAUDERDALE, FL 33329 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>ANNA BELLE HINOJOSA<br>1034 E MILDREDA AVE<br>FRESNO CA 93701 | | | Incurred: UNKNOWN<br>Consideration: Legal malpractice claim<br>Business debt | | | | 25,000.00 |
| ACCOUNT NO. 10133950261<br><br>BANK OF AMERICA<br>275 S VALENCIA<br>BREA, CA 92822 | | | | | | | Notice Only |

Sheet no. __1__ of __17__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

              Subtotal ➤   $      34,085.74

              Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.5-769 - 32643-301X-06310 - PDF-XChange 2.5 DE



B6F (Official Form 6F) (12/07) - Cont.

In re  Randy Risner                                    ,          Case No.    2012-14715
              **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.5-769 -32643-301X-06310 - PDF-XChange 2.5 DE

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  UNKNOWN<br><br>BANK OF AMERICA<br>5292 N PALM AVE<br>FRESNO CA 93704 | | | Incurred: UNKNOWN<br>Consideration: Overdraft<br>Business debt | | | | 5,800.00 |
| ACCOUNT NO.  4888930022696576<br><br>BANK OF AMERICA<br>PO BOX 1598<br>NORFOLK, VA 23501 | | | | | | | Notice Only |
| ACCOUNT NO.  5140218016539320<br><br>BARCLAYS BANK DELAWARE<br>125 S WEST ST<br>WILMINGTON, DE 19801 | | | Incurred: 02/08<br>Consideration: Credit Card Debt (Unsecured)<br>Business debt | | | | 927.00 |
| ACCOUNT NO.  1427<br><br>BAY AREA CREDIT SERVICE LLC<br>1901 W 10TH ST<br>ANTIOCH CA 94509 | | | Incurred: UNKNOWN<br>Consideration: Medical services<br>Impact medical group | | | | 61.09 |
| ACCOUNT NO.  2699<br><br>BEEBE & CO. INC<br>2125 KERN ST SUITE 206<br>FRESNO CA 93721 | | | Incurred: 01/11<br>Consideration: Court reporting services<br>Business debt | | | | 203.60 |

Sheet no.  2   of  17   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        6,991.69

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)



B6F (Official Form 6F) (12/07) - Cont.

In re __Randy Risner_____,  Case No. ___2012-14715_____
      **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BILLY LOVEWELL  "A" <br> NICOLE LOVEWELL <br> PO BOX 336 <br> DUNLAP CA 93621 | | | Incurred: 2008 <br> Consideration: Potential fee refund <br> Business | | | | 1,275.00 |
| ACCOUNT NO. <br><br> BLOSSER ROBINSON <br> 4674 N VAN NESS BLVD <br> FRESNO CA 93704 | | | Incurred: 2009 <br> Consideration: Real property lease <br> Business debt | | | | 84,000.00 |
| ACCOUNT NO. <br><br> BRIAN WILLIAMS  "A" <br> 821 E COURTLAND <br> FRESNO CA 93704 | | | Incurred: 2009 <br> Consideration: Potential fee refund <br> Business | | | | 2,075.00 |
| ACCOUNT NO. 0054 <br><br> BRYANT & ASSOCIATES  "A" <br> 462 W HAGLER <br> FRESNO CA 93711 | | | Incurred: 09/11 <br> Consideration: Legal support services <br> Business | | | | 127.25 |
| ACCOUNT NO. 5178057284210734 <br><br> CAP ONE <br> PO BOX 85520 <br> RICHMOND, VA 23285 | | | | | | | Notice Only |

Sheet no. _3___ of _17__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims      Subtotal ➤   $    87,477.25

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Case 12-14715 

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Randy Risner                                    ,      Case No.   2012-14715
      **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  14781876<br><br>CAVALRY PORTFOLIO SERV<br>7 SKYLINE DR STE 3<br>HAWTHORNE, NY 10532 | | | Incurred: 06/11<br>Consideration: Collection account<br>Business debt, HSBC Bank Nevada | | | | 3,042.00 |
| ACCOUNT NO.  1280960000233270<br><br>CB STOCKTON<br>217 N. SAN JOAQUIN<br>STOCKTON, CA 95201 | | | Incurred: 10/10<br>Consideration: Collection account<br>Business debt, Valley Yellow Pages | | | | 4,277.00 |
| ACCOUNT NO.<br><br>CENTRAL VALLEY CLASSIFIEDS<br>3825 N BLACKSTONE AVE SUITE A<br>FRESNO CA 93726 | | | Incurred: 2010<br>Consideration: Advertising<br>Business debt | | | | 1,000.00 |
| ACCOUNT NO.  20P01<br><br>CHARLES H SOLEY ESQ     "A"<br>PO BOX 5989<br>FRESNO CA 93755 | | | Incurred: 2011<br>Consideration: Legal services | | | | 2,659.57 |
| ACCOUNT NO.  4185866082782437<br><br>CHASE<br>PO BOX 15298<br>WILMINGTON, DE 19850 | | | | | | | Notice Only |

Sheet no.  4   of  17   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 10,978.57

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.5-769 - 32643-301X-06310 - PDF-XChange 2.5 DE



B6F (Official Form 6F) (12/07) - Cont.

In re  Randy Risner_____,      Case No. __2012-14715_____
             **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CHEX SYSTEMS<br>7805 HUDSON ROAD SUITE 100<br>WOODBURY MN 55125 | | | | | | | Notice Only |
| ACCOUNT NO. 4311<br><br>CIN LEGAL DATA SERVICES    "A"<br>BOX 88588<br>MILWAUKEE WI 53288-0588 | | | Incurred: 06/10<br>Consideration: Credit reports<br>Business | | | | 1,900.00 |
| ACCOUNT NO. 287356000<br><br>CNA<br>PO BOX 8317<br>CHICAGO IL 60680-8317 | | | Incurred: 2010<br>Consideration: Insurance deductible<br>Business debt | | | | 10,000.00 |
| ACCOUNT NO. C2C13WCO434929359<br><br>COAST 2 COAST FINANCIA<br>101 HODENCAMP RD STE 120<br>THOUSAND OAKS, CA 91360 | | | Incurred: 07/11<br>Consideration: Collection account<br>Madera Disposal | | | | 61.00 |
| ACCOUNT NO.<br><br>COVITA INC    "A"<br>2219 E MAGILL AVE<br>FRESNO CA 93710 | | | Incurred: 2009<br>Consideration: Potential fee refund<br>Business | | | | 1,575.00 |

Sheet no. _5__ of _17__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $     13,536.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.5-769 -32643-301X-06310 - PDF-XChange 2.5 DE

**Amended**

B6F (Official Form 6F) (12/07) - Cont.

In re  Randy Risner _____,    Case No. ___2012-14715_____

        **Debtor**                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DAVID WEILAND<br>DOWLING AARON & KEELER<br>8080 N PALM AVE THIRD FLOOR<br>FRESNO CA 93711 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>DEBBIE MONTEZ      "A"<br>ERNEST MONTEZ<br>404 E FEDORA AVE<br>FRESNO CA 93704 | | | Consideration: Potential fee refund Business | | | | 1,575.00 |
| ACCOUNT NO.<br><br>Diane Whittaker<br>769 Burgan Ave.<br>Clovis, CA 93611 | | | Incurred: 03/2012<br>Consideration: Legal fee dispute<br>Business debt | | | | 1,500.00 |
| ACCOUNT NO.  6981359000000000<br><br>DSRM NT BK<br>7201 CANYON DR<br>AMARILLO, TX 79110 | | | | | | | Notice Only |
| ACCOUNT NO.  1123114401<br><br>EDUCATIONAL EMP CU<br>2222 W SHAW AVE<br>FRESNO, CA 93711 | | | | | | | Notice Only |

Sheet no. __6__ of __17__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

           Subtotal ➤  $    3,075.00

           Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.5-769 -32643-301X-06310 - PDF-XChange 2.5 DE



B6F (Official Form 6F) (12/07) - Cont.

In re  Randy Risner_____,          Case No. __2012-14715_____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ELANNA GROSSMAN<br>7643 E DESERT OVERLOOK DR<br>TUCSON AZ 85710 | | | Incurred: 2011<br>Consideration: Contract services<br>Business debt | | | | 10,000.00 |
| ACCOUNT NO.<br><br>ERICA DERR<br>c/o ROGER VEHRS<br>2300 TULARE ST SUITE 250<br>FRESNO CA 93721 | | | Incurred: Unknown<br>Consideration: Legal malpractice claim<br>Business debt | | | | 25,000.00 |
| ACCOUNT NO.  1104<br><br>ESQUIRE DEPOSITION SOLUTIONS<br>PO BOX 79509<br>CITY OF INDUSTRY CA 91716-9509 | | | Incurred: 06/10<br>Consideration: Court reporting services<br>Business debt | | | | 1,511.35 |
| ACCOUNT NO.  5416<br><br>EULER HERMES UMA<br>600 SOUTH 7TH ST<br>LOUISVILLE KY 40201-1652 | | | Incurred: UNKNOWN<br>Consideration: Alarm system<br>Business debt, ADT Security Services, Inc. | | | | 1,574.16 |
| ACCOUNT NO.  5178007253309884<br><br>FIRST PREMIER BANK<br>601 S MINNESOTA AVE<br>SIOUX FALLS, SD 57104 | | | | | | | Notice Only |

Sheet no. _7_ of _17_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 38,085.51

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.5-769 - 32643-301X-06310 - PDF-XChange 2.5 DE*

**Amended**

B6F (Official Form 6F) (12/07) - Cont.

In re  Randy Risner _____ ,  Case No. __2012-14715__
                **Debtor**                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6508<br><br>FLAT RATE ANSWERING SERVICE<br>1111 MARCUS AVE LL25<br>LAKE SUCCESS NY 11042 | | | Incurred: 06/11<br>Consideration: Answering service<br>Business debt | | | | 392.00 |
| ACCOUNT NO. 1019746521<br><br>FRANKLIN COLLECTION SV<br>2978 W JACKSON ST<br>TUPELO, MS 38801 | | | Incurred: 08/11<br>Consideration: Collection account<br>AT&T | | | | 110.00 |
| ACCOUNT NO.<br><br>GARY GROSSMAN PHD<br>645 E CHAMPLAIN NO. 114<br>FRESNO CA 93730 | | | Incurred: 2010, 2011<br>Consideration: Professional consulting<br>Business debt | | | | 15,000.00 |
| ACCOUNT NO.<br><br>GARY QUICKSALL  "A"<br>945 N THORNE AVE<br>FRESNO CA 93728 | | | Incurred: 2009<br>Consideration: Potential fee refund<br>Business | | | | 1,575.00 |
| ACCOUNT NO. 6008898217547531<br><br>GECRB/JCP<br>PO BOX 984100<br>EL PASO, TX 79998 | | | | | | | Notice Only |

Sheet no. _8__ of _17__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $     17,077.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.5-769 -32643-301X-06310 - PDF-XChange 2.5 DE



B6F (Official Form 6F) (12/07) - Cont.

In re  Randy Risner_____,  Case No. ___2012-14715_____
         **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GLENN GATES ESQ    "A"<br>PASCUZZI MOORE & STOKER<br>2377 W SHAW AVE SUITE 201<br>FRESNO CA 93711 | | | Incurred: 2010<br>Consideration: Fees due<br>Business | | | | 6,000.00 |
| ACCOUNT NO. 1MBSLT110131011<br><br>GRANT MERCANTILE AGE<br>49099 ROAD 426<br>OAKHURST, CA 93644 | | | Incurred: 11/10<br>Consideration: Collection account<br>Long Term Care Medical Inc. | | | | 88.00 |
| ACCOUNT NO. 2542<br><br>GREENBERG GRANT    "A"<br>& RICHARDS INC<br>5858 WESTHEIMER RD SUITE 500<br>HOUSTON TX 77057 | | | Incurred: UNKNOWN<br>Consideration: Collection account<br>MC Solutions<br>Business | | | | 853.59 |
| ACCOUNT NO.<br><br>GUBLER KOCH DEGN & GOMEZ<br>"A"<br>1110 N CHINOWTH ST<br>VISALIA CA 93291 | | | | | | | Notice Only |
| ACCOUNT NO. 5440455040500178<br><br>HSBC BANK<br>PO BOX 5253<br>CAROL STREAM, IL 60197 | | | | | | | Notice Only |

Sheet no. __9__ of __17__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $      6,941.59

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.5-769 - 32643-301X-06310 - PDF-XChange 2.5 DE



B6F (Official Form 6F) (12/07) - Cont.

In re  Randy Risner _____,    Case No. ___2012-14715_____
                  Debtor                                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6011380031047897 <br><br> HSBC NV <br> PO BOX 5253 <br> CAROL STREAM, IL 60197 | | | | | | | Notice Only |
| ACCOUNT NO. 19281128901 <br><br> HUMBOLDT CNTY/CHILD SU <br> PO BOX 128 <br> EUREKA, CA 95502 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> JUAN LIN    "A" <br> 2405 TOLLHOUSE RD <br> CLOVIS CA 93611 | | | Incurred: 2008 <br> Consideration: Potential fee refund <br> Business | | | | 1,275.00 |
| ACCOUNT NO. 7020 <br><br> KELEHER'S    "A" <br> 3400 UNICORN RD SUITE 101 <br> BAKERSFIELD CA 93308 | | | Incurred: 11/11 <br> Consideration: Legal support services <br> Business | | | | 139.95 |
| ACCOUNT NO. 9078 <br><br> KIM THAYER & ASSOCIATES <br> 225 W SHAW AVE SUITE 101 <br> FRESNO CA 93704 | | | Incurred: 02/11 <br> Consideration: Court reporting services <br> Business debt | | | | 545.35 |

Sheet no. _10_ of _17_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤    $    1,960.30

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.5-769 - 32643-301X-06310 - PDF-XChange 2.5 DE

**B6F (Official Form 6F) (12/07) - Cont.**

*Amended*

In re　Randy Risner　　　　　　　　　　　　　,　　Case No.　2012-14715
　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. UNKNOWN<br>LAMAR ADVERTISING<br>c/o STEVEN HRDLICKA & ASSOC<br>1221 VAN NESS AVE 2ND FLOOR<br>FRESNO CA 93721 | | | Incurred: 2011<br>Consideration: Judgment<br>Business debt, Lamar Advertising services | | | | 40,000.00 |
| ACCOUNT NO.<br>LARRY TORRES "A"<br>PO BOX 956<br>MENDOTA CA 93640 | | | Incurred: 2009<br>Consideration: Potential fee refund<br>Business | | | | 1,075.00 |
| ACCOUNT NO.<br>LAURA WHITE "A"<br>2798 MERLOT AVE<br>MADERA CA 93637 | | | Incurred: 2009<br>Consideration: Potential client refund<br>Business | | | | 1,575.00 |
| ACCOUNT NO.<br>MELINDA STANDLEE "A"<br>6800 N MAPLE AVE #122<br>FRESNO CA 93710 | | | Consideration: Potential fee refund<br>Business | | | | 975.00 |
| ACCOUNT NO.<br>MICHAEL H MEYER ESQ<br>7550 N PALM AVE SUITE 204<br>FRESNO CA 93711 | | | Incurred: UNKNOWN<br>Consideration: Overpayment<br>Business debt | | | | 1,332.70 |

Sheet no. 11 of 17 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 44,957.70

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)



B6F (Official Form 6F) (12/07) - Cont.

In re   Randy Risner _____,     Case No. ___2012-14715_____
       **Debtor**                                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8539630514<br><br>MIDLAND CREDIT MGMT IN<br>8875 AERO DR<br>SAN DIEGO, CA 92123 | | | Incurred: 04/11<br>Consideration: Collection account<br>Business debt, HSBC Bank Nevada | | | | 3,443.00 |
| ACCOUNT NO. 7863.001<br><br>MOSS & BARNETT     "A"<br>4800 WELLS FARGO CENTER<br>90 S SEVENTH ST<br>MINNEAPOLIS MN 55402 | | | Incurred: UNKNOWN<br>Consideration: Collection account<br>West Publishing<br>Business | | | | 330.01 |
| ACCOUNT NO. 4017<br><br>NCO FINANCIAL SYSTEMS INC<br>"A"<br>507 PRUDENTIAL RD<br>HORSHAM PA 19044 | | | Incurred: UNKNOWN<br>Consideration: Collection account<br>Bank of America<br>Business | | | | 6,950.74 |
| ACCOUNT NO. CAPIT-78057284210734<br><br>PORTFOLIO RECVRY&AFFIL<br>120 CORPORATE BLVD STE 1<br>NORFOLK, VA 23502 | | | Incurred: 07/10<br>Consideration: Collection account<br>Business debt, Capital One Bank | | | | 3,395.00 |
| ACCOUNT NO.<br><br>PRO CONSULTING SERVICES<br>PO BOX 66510<br>HOUSTON TX 77266-6510 | | | Incurred: UNKNOWN<br>Consideration: Collection account<br>Business debt, Kaiser Foundation Health Plan | | | | 339.00 |

Sheet no. _12_ of _17_ continuation sheets attached           Subtotal ➤ | $   14,457.75
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                            Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.5-769 - 32643-301X-06310 - PDF-XChange 2.5 DE



B6F (Official Form 6F) (12/07) - Cont.

In re **Randy Risner**_____,    Case No. ___2012-14715_____

        **Debtor**                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9178<br>PROFESSIONAL RECOVERY SERVICES INC<br>PO BOX 1880<br>VOORHEES NJ 08043 | | | Incurred: UNKNOWN<br>Consideration: Collection account<br>Business debt, HSBC Bank | | | | 1,971.95 |
| ACCOUNT NO. 5532<br>RSI ENTERPRISES INC   "A"<br>PO BOX 16190<br>PHOENIX AZ 85011 | | | Incurred: UNKNOWN<br>Consideration: Collection account<br>City of Fresno Fire Dept.<br>Business | | | | 244.00 |
| ACCOUNT NO.<br>SALVADOR DOMINGUEZ   "A"<br>5278 W CROMWELL<br>FRESNO CA 93722 | | | Incurred: 2009<br>Consideration: Potential fee refund<br>Business | | | | 1,575.00 |
| ACCOUNT NO.<br>SANTIAGO SANCHEZ   "A"<br>MARIA MUNGUIA<br>20349 DEL MAR<br>MADERA CA 93638 | | | Incurred: 2009<br>Consideration: Potential fee refund<br>Business | | | | 1,000.00 |
| ACCOUNT NO. UNKNOWN<br>SATTERBERG TAX CONSULTANTS<br>191 W SHAW AVE SUITE 105<br>FRESNO CA 93704 | | | Incurred: 12/2010<br>Consideration: Consulting services | | | | 954.00 |

Sheet no. __13__ of __17__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                Subtotal ➤   $    5,744.95

                Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.5-769 -32643-301X-06310 - PDF-XChange 2.5 DE



B6F (Official Form 6F) (12/07) - Cont.

In re  Randy Risner _____,      Case No.  2012-14715 _____
      **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> SENERU SURIN "A" <br> 2253 SIERRA MADRE <br> CLOVIS CA 93611 | | | Incurred: 2010 <br> Consideration: Potential fee refund <br> Business | | | | 975.00 |
| ACCOUNT NO. 4036240008211114 <br><br> SST/COLUMBUS BANK&TRUS <br> PO BOX 3997 <br> SAINT JOSEPH, MO 64503 | | | | | | | Notice Only |
| ACCOUNT NO. 7012 <br><br> STATE FARM INSURANCE <br> PO BOX 2746 <br> JACKSONVILLE FL 32232-2746 | | | Incurred: 04/12 <br> Consideration: Insurance premium | | | | 843.28 |
| ACCOUNT NO. 4597281 <br><br> STELLAR REC <br> 1845 US HIGHWAY 935 <br> KALISPELL MT 59901 | | | Incurred: 10/11 <br> Consideration: Collection account <br> Comcast | | | | 355.00 |
| ACCOUNT NO. <br><br> SUKHDEV SINGH "A" <br> 3563 N SARATOGA <br> FRESNO CA 93722 | | | Consideration: Potential fee refund <br> Business | | | | 1,575.00 |

Sheet no. 14 of 17 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                           Subtotal ➤   $     3,748.28

                                 Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.5-769 - 32643-301X-06310 - PDF-XChange 2.5 DE



B6F (Official Form 6F) (12/07) - Cont.

In re <u>Randy Risner</u>,      Case No. <u>2012-14715</u>
        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. UNKNOWN<br><br>THE FRESNO BEE "A"<br>1626 E ST<br>FRESNO CA 93789 | | | Incurred: 09/09<br>Consideration: Advertising<br>Business | | | | 2,173.38 |
| ACCOUNT NO. 54000000009641100<br><br>TULARE COUNTY D A<br>8040 W DOE AVE<br>VISALIA, CA 93291 | | | | | | | Notice Only |
| ACCOUNT NO. 107009641101<br><br>TULARE FSD<br>2530 S MOONEY BV<br>VISALIA, CA 93277-6200 | | | | | | | Notice Only |
| ACCOUNT NO. 5533512571<br><br>US DEPT OF EDUCATION<br>PO BOX 5609<br>GREENVILLE, TX 75403 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>VENECIA HARRIS RAMIREZ "A"<br>2517 S DEARING AVE<br>FRESNO CA 93725 | | | Incurred: 2009<br>Consideration: Potential fee refund<br>Business | | | | 1,575.00 |

Sheet no. <u>15</u> of <u>17</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $     3,748.38

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.5-769 - 32643-301X-06310 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.        Amended

In re  Randy Risner_____,        Case No. ___2012-14715_____
        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.5-769 - 32643-301X-06310 - PDF-XChange 2.5 DE

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2762 <br><br> WANT ADS OF VISALIA INC <br> 1516 W MINERAL KING <br> VISALIA CA 93291 | | | Incurred: UNKNOWN <br> Consideration: Advertising <br> Business debt | | | | 500.00 |
| ACCOUNT NO. 3496 <br><br> WEST PUBISHING       "A" <br> PO BOX 6292 <br> CAROL STREAM IL 60197 | | | Incurred: 07/10 <br> Consideration: Legal books <br> Business | | | | 328.01 |
| ACCOUNT NO. 518510369645 <br><br> WFDS/WDS <br> PO BOX 1697 <br> WINTERVILLE, NC 28590 | | | | | | | Notice Only |
| ACCOUNT NO. UNKNOWN <br><br> WILD BLUE INTERNET    "A" <br> 349 INVERNESS DR SOUTH <br> ENGLEWOOD CO 80112 | | | Incurred: 2010 <br> Consideration: Internet services | | | | Unknown |
| ACCOUNT NO. 4804023004EG00001 <br><br> XLS/SLMA <br> 1500 W 3RD ST STE 125 <br> CLEVELAND, OH 44113 | | | | | | | Notice Only |

Sheet no. _16_ of _17_ continuation sheets attached        Subtotal ➤ | $ | 828.01
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                          Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

**Amended**

In re   Randy Risner_____,          Case No.   2012-14715_____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 253 <br><br>[RONIN]            "A"<br>2491 ALLUVIAL<br>CLOVIS CA 93611 | | | Incurred: 03/12<br>Consideration: Computer repair services<br>Business | | | | 238.50 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 17 of 17 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 238.50

Total ► $ 496,834.91

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**Amended**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Eastern District of California

In re    Randy Risner
_____
                          Debtor

Case No.    2012-14715

Chapter    7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 0.00 | | |
| B – Personal Property | YES | 5 | $ 33,068.60 | | |
| C – Property Claimed as exempt | YES | 2 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $ 8,556.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 79,727.52 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 18 | | $ 496,834.91 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 12,625.77 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 12,883.77 |
| TOTAL | | 34 | $ 33,068.60 | $ 585,118.43 | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.5-769 -32643-301X-06310 - PDF-XChange 2.5 DE

# United States Bankruptcy Court
## Eastern District of California

In re    Randy Risner _____    Case No.    2012-14715 _____

Debtor

Chapter    7 _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $   N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $   N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $   N.A. |
| Student Loan Obligations (from Schedule F) | $   N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $   N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $   N.A. |
| TOTAL | $   N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $   N.A. |
| Average Expenses (from Schedule J, Line 18) | $   N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $   N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   N.A. |
| 4. Total from Schedule F | | $   N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   N.A. |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.5-769 - 32643-301X-06310 - PDF-XChange 2.5 DE